# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMEL BARNES, individually and on behalf of all others similarly situated, | Case No. 1:17-cv-07358 |
| *Plaintiff*, | Honorable Thomas M. Durkin |
| v. | |
| ARYZTA, LLC, a Delaware corporation, | |
| *Defendant*. | |

## DECLARATION OF BENJAMIN H. RICHMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND TO STATE COURT

I, Benjamin H. Richman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to practice in the Northern District of Illinois. I am entering this declaration in support of Plaintiff's Motion for Remand to State Court. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am Managing Partner of the Chicago office of Edelson PC, which has been retained to represent the named Plaintiff in this matter, Jamel Barnes.

3. As a direct result of Aryzta's and O'Hagan Meyer's removal of the case to this Court, several attorneys at my firm have collectively spent over 59 hours on these issues, for a total of $18,799.70 in attorney time. The hours they have worked, as well as their years of experience and hourly rates, are summarized below:

| Name | Years Experience | Hours Worked | Hourly Rates | Total |
|---|---|---|---|---|
| Todd Logan | 3 | 13.00 | $270.00 | $3,510.00 |
| Eli Wade-Scott | 4 | 37.80 | $295.00 | $11,151.00 |
| Sydney Janzen | 2 | 4.10 | $270.00 | $1,107.00 |

1

| Roger Perlstadt | 16 | 2.27 | $610.00 | $1,384.70 |
| Ryan Andrews | 13 | 2.70 | $610.00 | $1,647.00 |
| **Total** | | 59.87 | | $18,799.70 |

4. In my opinion, this expenditure of time was reasonable. The firm made a conscious effort to avoid duplication of work, and the bulk of the work performed was done by attorneys with a lower per-hour rate. In fact, while other attorneys have incurred billable time as a result of this issue, their hours are not included in our calculation nor are we seeking reimbursement for their time spent on these issues. Additionally, because we represent Mr. Barnes on a contingency basis and are not being paid by the hour in this matter, we have every incentive to conduct our efforts efficiently.

5. It is the firm policy of Edelson PC that each attorney is responsible for keeping track of his or her billable time by *at least* the tenth of the hour in a billing management software program known as "FreshBooks." Attached as Exhibit 1-A to this Declaration is a true and accurate copy of the unadjusted billing records contained in Freshbooks for the time the firm spent on this matter related to the removal of this case to federal court.

I declare under penalty of perjury that the above and foregoing is true and accurate. Executed on this 15th day of December 2017 at Chicago, Illinois.

/s/ Benjamin H. Richman  
Benjamin H. Richman

# EXHIBIT 1-A

# Estimated Billing by Team
Edelson PC
Between January 01, 2010 and December 15, 2017

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| **Andrews, Ryan** | | | | | | | |
| 12/13/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | review opposition to remand motion and notes on same | 0.50 | | $305.00 USD |
| 12/13/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | review and edits to draft reply iso remand | 1.80 | | $1,098.00 USD |
| 12/14/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | final edits to draft reply iso remand | 0.40 | | $244.00 USD |
| **Total** | | | | | **2.70** | | **$1,647.00 USD** |
| **Janzen, Sydney** | | | | | | | |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| 11/02/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | emails w/ TL re reaching out to OC re remand | 0.20 | | $54.00 USD |
| 11/02/17 | Class Action Cases | Barnes v. Aryzta, LLC | Other | review Barnes MTD | 1.20 | | $324.00 USD |
| 11/07/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | prepare for status tomorrow | 1.00 | | $270.00 USD |
| 11/07/17 | Class Action Cases | Barnes v. Aryzta, LLC | Other | appearance for status tomorrow | 0.20 | | $54.00 USD |
| 11/08/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | status and travel to/from | 1.50 | | $405.00 USD |
| **Total** | | | | | | | USD |
| **Logan, Todd** | | | | | | | |
| 11/01/17 | Class Action Cases | Barnes v. Aryzta, LLC | Legal Research | Analyzing def's MTD | 1.75 | | $472.50 USD |
| 11/02/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Drafting and editing email to opposing counsel proposing remand (and citing Mocek) | 0.75 | | $202.50 USD |
| 11/02/17 | Class Action Cases | Barnes v. Aryzta, LLC | Legal Research | Ini ial research of removal and remand issues | 2.25 | | $607.50 USD |
| 11/02/17 | Class Action Cases | Barnes v. Aryzta, LLC | Legal Research | Ini ial research of fee issues | 1.50 | | $405.00 USD |
| 11/02/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Drafting proposed stipulated remand | 0.75 | | $202.50 USD |
| 11/07/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Drafting (and editing) email to opposing counsel re: effect of amended MTD on remand and fee issues. | 0.75 | | $202.50 USD |
| 11/07/17 | Class Action Cases | Barnes v. Aryzta, LLC | Legal Research | Reviewing amended MTD | 1.50 | | $405.00 USD |

| Date | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 11/07/17 | Class Action Cases | Barnes v. Aryzta, LLC | Legal Research | Researching impact of amended MTD on remand and fee issues | 1.25 | | $337.50 USD |
| 11/08/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Prep for hearing; hearing. | 1.75 | | $472.50 USD |
| 11/08/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Debrief /w team and planning steps for moving forward | 0.75 | | $202.50 USD |
| **Total** | | | | | **13.00** | | **$3,510.00** USD |

-----
-----
-----

**Perlstadt, Roger**

| Date | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 11/17/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Review draft motion for remand; meet w/ Wade-Scott re same | 0.71 | | $433.10 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Review/edit draft motion for remand | 0.49 | | $298.90 USD |
| 12/11/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Review response to motion for remand | 0.19 | | $115.90 USD |
| 12/13/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Review draft reply in support of motion to remand; meet w/ Wade-Scott re: same | 0.88 | | $536.80 USD |
| **Total** | | | | | **2.27** | | **$1,384.70** USD |

-----
-----
-----
-----
-----
-----
-----

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| **Wade-Scott, Eli** | | | | | | | |
| | | | | | | | ----- |
| | | | | | | | ----- |
| 11/15/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Aryzta - drafting mot to remand | 0.80 | | $236.00 USD |
| 11/16/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Discuss mot with BR | 0.10 | | $29.50 USD |
| 11/16/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | met w Jay (.2), drafted mot (4) | 4.20 | | $1,239.00 USD |
| 11/16/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Rev. on 1447(c) (.8), draft mot to remand (1.4) | 2.20 | | $649.00 USD |
| 11/17/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Discuss draft with Roger | 0.20 | | $59.00 USD |
| 11/17/17 | Class Action Cases | Barnes v. Aryzta, LLC | Other | Discuss with Roger (.1); draft motion form and declaration (.6) | 0.70 | | $206.50 USD |
| 11/17/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Finish drafting (1.2), revise (.6) | 1.80 | | $531.00 USD |
| 11/17/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Met with Roger re: brief | 0.10 | | $29.50 USD |
| 11/20/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Discussion on which hours to bill w Roger, discuss with Todd | 0.30 | | $88.50 USD |
| 11/20/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Revise mot | 0.90 | | $265.50 USD |
| 11/20/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Drafting revised motion for remand | 2.90 | | $855.50 USD |
| 11/20/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Additional drafting | 0.20 | | $59.00 USD |
| 11/20/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Drafting mot | 0.30 | | $88.50 USD |
| 11/20/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Discuss with Roger (.1), finish revising and proofing draft | 1.20 | | $354.00 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Rec mot from Jay, brief discussion | 0.10 | | $29.50 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Communications/Meetings/Court | Met w Ryan to discuss mot | 0.10 | | $29.50 USD |
| | | | | | | | ----- |
| | | | | | | | ----- |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Legal Research | Rev. out of district authority | 0.20 | | $59.00 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Legal Research | Discuss brief with JE and RA | 0.10 | | $29.50 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Discuss edits with Roger (.1), add'l research related to brief (.5), revise draft (.9) | 1.50 | | $442.50 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Final citation check and proof of mot to remand (1.1), discuss with Roger and Ryan (.2) | 1.30 | | $383.50 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Drafting supporting affidavits | 0.70 | | $206.50 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Rev. mot. (1.6); Discussion with RA and RP re: fees (.2); | 1.80 | | $531.00 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Final revisions, sent mot to Jay | 0.10 | | $29.50 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Revising Logan decl + mot form | 0.20 | | $59.00 USD |
| 11/21/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Finished drafting Logan decl and sent to Logan (.1), rev'd Durkin standing orders and made list for filing (.2), rev'd mot and notice form (.1) | 0.40 | | $118.00 USD |
| 11/22/17 | Class Action Cases | Barnes v. Aryzta, LLC | Other | Rev answer (.1), rev. standing order and amend deadlines (.3) | 0.40 | | $118.00 USD |
| 11/22/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Finalizing Logan decl | 0.90 | | $265.50 USD |
| 11/22/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Finalizing motion to remand (1.8), discuss notice procedures with Roger (.1) | 1.90 | | $560.50 USD |
| 11/22/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Final proof mot to remand | 0.70 | | $206.50 USD |
| 11/22/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Ano her round of final proofs w Jess | 0.30 | | $88.50 USD |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| 12/11/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Mot to remand reply | 0.70 | | $206.50 USD |
| 12/12/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Mot to remand reply | 0.50 | | $147.50 USD |

| Date | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 12/12/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Drafting reply to mot to remand | 1.84 | | $542.80 USD |
| 12/12/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Remand reply br | 0.70 | | $206.50 USD |
| 12/12/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Mot for remand reply | 0.81 | | $238.95 USD |
| 12/12/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Mot to remand reply | 0.25 | | $73.75 USD |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| 12/13/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Mot to remand reply draft | 2.10 | | $619.50 USD |
| | | | | | | | ----- |
| 12/13/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Reply revision | 0.30 | | $88.50 USD |
| 12/13/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Mot to remand reply drafting | 1.80 | | $531.00 USD |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| 12/14/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Completing reply draft (.5), revise decl (.2) | 0.70 | | $206.50 USD |
| 12/14/17 | Class Action Cases | Barnes v. Aryzta, LLC | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Revise decl. (.4); revise mot and cite check (1.1) | 1.50 | | $442.50 USD |
| **Total** | | | | | | | USD |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |
| | | | | | | | ----- |

| Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|
| | | | | | | ----- |
| | | | | | | ----- |
| | | | | | | ----- |
| | | | | | | |
| | | | | | | |
| **ALL TOTAL** | | | | **113.46** | | **$33,493.05** USD |