IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Jamel Barnes | ) ) ) | Case No: 17 C 7358 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| Aryzta, LLC | ) ) ) |  |

**<u>ORDER</u>**

Enter Memorandum Opinion and Order. For the reasons set forth in the memorandum opinion and order, plaintiff's motion to remand to state court [29], is granted. Also, for the reasons given in Mocek, 220 F. Supp. 3d at 914, the Court grants Plaintiff's request for costs and attorney's fees pursuant to 28 U.S.C. 1447 ( c). The Clerk is directed to remand this action to the Circuit Court of Cook County forthwith.

Date: 12/20/2017                                                                                           /s/ Thomas M. Durkin