

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

December 20, 2017

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Barnes v. ARYZTA LLC
USDC No: 1:17-cv-07358

Circuit Court No: 2017-CH-11312

Dear Clerk:

A certified copy of an order entered on 12/20/2017 by the Honorable Thomas M. Durkin, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ Emily Wall
        Deputy Clerk