IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMEL BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 17-cv-07358 |
| | ) |
| ARYZTA, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REQUEST TO THE CLERK OF THE COURT TO REFUND FILING FEE**

Please take notice that on the **19th Day of January, 2018**, we filed with the United States District Court, for the Northern District of Illinois, Eastern Division, **ARYZTA, LLC's Notice of Appeal, Receipt no. 0752-14026258** a copy of which has been attached. This was a duplicate filing that occurred because we were unaware that we were to go to a different tab on the website in order to upload and attach the actual document to the payment. We ask that you please refund the filing fee of $505 that is attached to this receipt.

Respectfully Submitted,

By: _____
One of the attorneys for ARYZTA, LLC

Kevin M. O'Hagan (ARDC No. 6211446)
Jamie L. Filipovic (ARDC No. 6278943)
Kristen A. Cemate (ARDC No. 6299262)
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
T: 312.422.6100
F: 312.422.6110
kohagan@ohaganmeyer.com
jfilipovic@ohaganmeyer.com
kcemate@ohaganmeyer.com

## Erin Kalabsa

| | |
|---|---|
| **From:** | Mirna Sabeh |
| **Sent:** | Monday, January 22, 2018 9:09 AM |
| **To:** | Erin Kalabsa |
| **Subject:** | FW: Activity in Case 1:17-cv-07358 Barnes v. ARYZTA LLC 505.00 fee payment of notice of appeal |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

## Mirna Sabeh

Paralegal to Kevin C. Rasp, Paige Canepari,
Alexander Ion & Rashad Simmons
msabeh@ohaganmeyer.com

One E Wacker Dr. | Suite 3400 | Chicago | IL | 60601
PH 312.422.6100 | DIR 312.422.6146 | FX 312.422.6110

## O'HAGAN MEYER

ATTORNEYS & ADVISORS

Chicago • Richmond • Alexandria • Washington D.C. • Philadelphia

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Friday, January 19, 2018 5:55 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:17-cv-07358 Barnes v. ARYZTA LLC 505.00 fee payment of notice of appeal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6.2.1

## Notice of Electronic Filing

The following transaction was entered by O'Hagan, Kevin on 1/19/2018 at 5:54 PM CST and filed on 1/19/2018
**Case Name:**   Barnes v. ARYZTA LLC

1

**Case Number:** 1:17-cv-07358
**Filer:** ARYZTA LLC
**WARNING: CASE CLOSED on 12/20/2017**
**Document Number:** 41(No document attached)

**Docket Text:**
PAYMENT by ARYZTA LLC of Filing fee $ 505, receipt number 0752-14026258. (O'Hagan, Kevin)

### 1:17-cv-07358 Notice has been electronically mailed to:

Benjamin Harris Richman     brichman@edelson.com, docket@edelson.com

David J. Fish    dfish@fishlawfirm.com, admin@fishlawfirm.com, sanders@fishlawfirm.com

J. Eli Wade Scott    ewadescott@edelson.com, docket@edelson.com

Jamie L Filipovic    jfilipovic@ohaganmeyer.com, gcarrillo@ohaganmeyer.com, jthomas@ohaganmeyer.com

John C Kunze    kunze@fishlawfirm.com

Kevin Michael O'Hagan    kohagan@ohaganmeyer.com, jthomas@ohaganmeyer.com, msabeh@ohaganmeyer.com, TDziurgot@ohaganmeyer.com

Kimberly A. Hilton    khilton@fishlawfirm.com, admin@fishlawfirm.com, sanders@fishlawfirm.com

Kristen Ann Cemate    kcemate@ohaganmeyer.com, gcarrillo@ohaganmeyer.com, jthomas@ohaganmeyer.com

Roger J Perlstadt    rperlstadt@edelson.com, docket@edelson.com

Sydney M. Janzen    sjanzen@edelson.com

Todd Logan    tlogan@edelson.com

### 1:17-cv-07358 Notice has been delivered by other means to: